**Federico De Gante MARTINEZ, Petitioner—Appellant,**

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); et al., Respondents—Appellees.**

No. 05–55651.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2006.*

Filed March 10, 2006.

Alejandro Garcia, Esq., City of Commerce, CA, for Petitioner—Appellant.

Sharla Cerra, Esq., Los Angeles, CA, for Respondents—Appellees.

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

